# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130425

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

SC: 130425
COA: 256068
Jackson CC: 03-000466-FH

CHRISTIAN EARL QUADA,
　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Anstey* (Docket No. 128368) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

p0424